**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1158**

_____

TORI SMITH,

        Plaintiff - Appellant,

     v.

JEHOVAH'S WITNESSES; NATIONAL ORGANIZATION OF WOMEN ("NOW"); WEAVE OF SACRAMENTO, CA,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00123-LMB-TCB)

_____

Submitted:  July 21, 2022                     Decided:  July 25, 2022

_____

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tori Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tori Smith appeals the district court's order dismissing without prejudice, pursuant to 28 U.S.C. § 1915 review, Smith's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. Jehovah's Witnesses*, No. 1:22-cv-00123-LMB-TCB (E.D. Va. Feb. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*